

**LINDABURY**
McCORMICK, ESTABROOK & COOPER, P.C.
Attorneys at Law

Jay Lavroff, Esq.
908-301-5615
jlavroff@lindabury.com

August 23, 2024

## JOINT SUBMISSION ON BEHALF OF ALL PARTIES

*Via ECF*
Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Liberty Mutual Fire Insurance Company v. Axis Insurance Company*
Civil Action No. 1:23-cv-10299 (JGLC)

Dear Judge Clarke:

Pursuant to Your Honor's August 9, 2024 Order (Document No. 23), please accept this joint settlement status letter on behalf of Plaintiff and Defendant. The parties have exchanged drafts of a written settlement agreement and are getting close to a document that is mutually acceptable. We hope to reach consensus on the settlement document before the next case management conference, currently scheduled for September 26, 2024. For this reason, the parties respectfully request a stay of the current Civil Case Management Plan and Scheduling Order (Document No. 21) through September 26, 2024.

Thank you for your continued courtesies.

Respectfully submitted,

**LINDABURY, McCORMICK,**
**ESTABROOK & COOPER, P.C.**
**Attorneys for Defendant**

*Jay Lavroff*

Jay Lavroff

**JAFFE & ASHER, LLP**
**Attorneys for Plaintiff**

*Marshall T. Potashner*

Marshall T. Potashner

---

Application GRANTED. The parties are directed to file a joint status letter by **September 19, 2024**. The Clerk of Court is directed to terminate ECF No. 24.

Dated: August 26, 2024
    New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

www.lindabury.com
53 CARDINAL DRIVE | P.O. BOX 2369 | WESTFIELD, NJ 07091-2369 | (908) 233-6800 | FAX (908) 233-5078
NEW JERSEY | NEW YORK | PENNSYLVANIA